STATE of Missouri, Respondent,

v.

**Taron Lydell CRAWFORD, Appellant.**

**No. WD 65019.**

Missouri Court of Appeals,
Western District.

March 14, 2006.

Craig A. Johnston, Columbia, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before EDWIN H. SMITH, C.J., HAROLD L. LOWENSTEIN, and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. Taron L. Crawford was convicted by a jury on charges of second-degree murder, § 565.021,[1] and armed criminal action, § 571.015. Mr. Crawford raises two points on appeal that involve the cross-examination at trial by the prosecution.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).

1. All statutory references are to RSMo. (2000), unless otherwise indicated.